1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                              SAN JOSE DIVISION
11
12   GAGAN GAUTAM,                    )        Case No.: C 09-5088 PSG
                                      )
13                   Plaintiff,       )        **ORDER TO SHOW CAUSE WHY**
                                      )        **CASE SHOULD NOT BE DISMISSED**
14          v.                        )        **FOR FAILURE TO PROSECUTE**
                                      )
15   OFFICER J. MARFIA,               )
                                      )
16                   Defendant.       )
                                      )
17   ─────────────────────────────────)
18          Plaintiff filed the complaint in this action on October 26, 2009.  The deadline for service

19   was 120 days from that date, February 23, 2010.[1]  Thus, the time for service on Defendant has

20   expired.  Defendant has not been served.  Additionally, the parties were required to file a case

     management conference statement on February 23, 2010 and to appear for a case management
21
     conference on March 2, 2010.[2]  None of the parties did so.  Also, by February 23, 2010, the
22
     parties were required either to file written consent to the jurisdiction of the magistrate judge or to
23
     request reassignment to a district judge.[3]  None of the parties did so.
24
            If the plaintiff fails to prosecute or to comply with these rules or a court order, the court
25

26   ───────────────────

27      [1] *See* Fed. R. Civ. P. 4(m).

28      [2] *See* 10/26/09 Order Setting Initial Case Mgmt. Conf. and ADR Deadlines (Docket No. 2).

        [3] *See* Civ. L.R. 73-1(a)(1).

                                    ORDER, *page 1*

1  may dismiss the action.[4]  Accordingly,

2      IT IS HEREBY ORDERED that Plaintiff show cause why the case should not be dismissed

3  for failure to prosecute.  Plaintiff shall respond in writing no later than February 27, 2011.  If

4  Plaintiff fails to show cause, this case will be reassigned to a district judge with a recommendation

5  for dismissal.

6  Dated: February 7, 2011

7

8                                        _____
                                         PAUL S. GREWAL
9                                        United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
─────────────────────
[4] *See* Fed. R. Civ. P. 41(b).

ORDER, *page 2*

1

2

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4

copies mailed on 2/7/11 to:

5

6   Gagan Gautum
548 Market St.
#10432
7   San Francisco, CA 94104

8

9                                                  */s/ Kelly Lowenberg for*
OSCAR RIVERA
Courtroom Deputy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28