UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAGAN GAUTAM,<br><br>             Plaintiff,<br><br>     v.<br><br>OFFICER J. MARFIA,<br><br>             Defendant. | Case No.: C 09-5088 PSG<br><br>**ORDER THAT CASE BE REASSIGNED** |

Plaintiff filed the complaint in this action on October 26, 2009. The deadline for service was 120 days from that date, February 23, 2010.[1] Thus, the time for service on Defendant has expired. Defendant has not been served. Additionally, the parties were required to file a case management conference statement on February 23, 2010 and to appear for a case management conference on March 2, 2010.[2] None of the parties did so. Also, by February 23, 2010, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge.[3] None of the parties did so.

On February 8, 2011, Plaintiff was ordered to show cause no later than February 27, 2011

---

[1] *See* Fed. R. Civ. P. 4(m).

[2] *See* 10/26/09 Order Setting Initial Case Mgmt. Conf. and ADR Deadlines (Docket No. 2).

[3] *See* Civ. L.R. 73-1(a)(1).

ORDER

why the case should not be dismissed for failure to prosecute. Plaintiff has not yet responded. Accordingly,

IT IS HEREBY ORDERED that this case be reassigned to a district judge with a recommendation for dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Dated: March 14, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

ORDER

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Gagan Gautum
548 Market St.
#10432
San Francisco, CA 94104

Dated: March 21, 2011

							_/s/ Chambers Staff_
							Chambers of U.S. Magistrate Judge Paul S. Grewal